# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YADIRA AGUAYO; PEDRO CAMPOS; OFELIA CAMPOS; ISMAEL CARBAJAL; CELIA HINOJOSA; GENOVEVA OSUNA; PEDRO GONZALEZ PEREZ; JUVENTINO BARAJAS; GILDA OSUNA; GLORIA PALACIAS; FRANCISCA MARTINEZ; MARIA ROBLES; NORMA VEGA; OSCAR ALCANTAR,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HOLTVILLE; COUNTY OF IMPERIAL; LAURA FISCHER; DAVID LANTZER; JUSTINA ARCE; JURG HEUBERGER; BRIAN DONLEY; AND DOES 1 THROUGH 50, INCLUSIVE, | CASE NO.: 3:09-cv-01753-JM-AJB<br><br>**ORDER GRANTING MEGAN A. RICHMOND, APC'S WITHDRAWAL AS PLAINTIFFS' COUNSEL OF RECORD**<br><br>Judge: Hon. Jeffrey T. Miller<br><br>Doc. No. 2 |

/ / /

/ / /

Notice of Withdrawal of Counsel of Record         1

1 | Application having been made by the law firm of MEGAN A. RICHMOND, APC and good cause appearing therefore,

**IT IS HEREBY ORDERED AS FOLLOWS**:

The law firm of Megan A. Richmond, A.P.C.'s request to withdrawal as counsel of record for plaintiffs Yadira Aguayo; pedro Campos; Ofelia Campos; Ismael Carbajal; Celia Hinojosa; Genoveva Osuna; Pedro Gonzalez Perez; Juventino Barajas; Gilda Osuna; Gloria Palacias; Francisca Martinez; Maria Robles; Norma Vega; and Oscar Alcantar (collectively "Plaintiffs") is **GRANTED**.

As of the date of this Order, Megan A. Richmond, A.P.C. and its attorneys of record are hereby withdrawn as counsel of record for Plaintiffs. Plaintiffs remain represented by the law firm of Chandra Gehri Spencer.

DATED: February 5, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

Notice of Withdrawal of Counsel of Record     2