# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Aguayo, et al

                V.

City of Holtville, et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv1753-JM(PCL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby grants Defendants' motions to dismiss. Plaintiffs' fifth, sixth, and seventh causes of action are dismissed without prejudice pursuant to the stipulation of the parties. The court further abstains from exercising jurisdiction over Plaintiffs' first, second, third, fourth, and eighth causes of action, and dismisses these claims without prejudice.........................................................................................................................................................................................................................................................................................

| May 10, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON May 10, 2011 |